UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA, :

                Plaintiff, :

                                      23 CR 133 (JMF)

   -against- :

                                      **MOTION FOR ADMISSION**

ORLANDO WONG, *et al.* : **PRO HAC VICE**

                Defendant :

------------------------------------------------------------X

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I hereby move this Court for an Order for admission to practice Pro Hac Vice, to appear as counsel for ORLANDO WONG in the above-captioned action.

    I am a member in good standing of the bar of the state of <u>California,</u> and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached my affidavit pursuant to Local Rule 1.3.

    I therefore request that the relief sought herein be granted.

Dated: April 19, 2023

                                                               Respectfully Submitted,

                                                                ALAN BAUM, ESQ.
                                                                 Law Office of Alan Baum
                                                                 16501 Ventura Blvd., 4th Floor
                                                                 Encino, CA 91436
                                                                 <u>alan@alanbaum.net</u>
                                                                 (818) 590-5542

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,  :

                Plaintiff,  :

                                  23 CR 133 (JMF)

  -against-  :

ORLANDO WONG, *et al.*  :  **AFFIDAVIT OF ALAN BAUM IN SUPPORT OF MOTION FOR**
                Defendant  :  **ADMISSION PRO HAC VICE**

----------------------------------------------------------X

      Pursuant to Rule 1.3 of the Local Rules, Alan Baum affirms under penalty of perjury that the following is true:

    1. I have never been convicted of a felony;

    2. I have never been censured, suspended, disbarred or denied admission or readmission by any court;

    3. There are no disciplinary proceedings presently against me; and

    4. A true copy of my Certificate of Good Standing is attached hereto.

Dated: 4-20-23

                                                                                      ALAN BAUM

_____
Notary Public

*Please see attached California Jurat certificate*



# Jurat Certificate — California only

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __20th__ day of __April__, 20__23__ by __Alan Baum__

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Place Seal Here [Notary seal: MITRA N. KATZ, Notary Public, Los Angeles County, CA, Comm. #2358988, My Commission Expires January 8, 2026]

Signature _____

## Description of Attached Document

Type or Title of Document: __Affidavit of Alan Baum in Support of Motion for Admission Pro Hac Vice__

Document Date: __04/20/2023__

Number of Pages: __1__

Signer(s) Other Than Named Above: __None__

© 2021 Wells Fargo Bank, N.A. All rights reserved.
DSG3018CA (Rev 02-04/21)



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### ALAN R. BAUM

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that, ALAN R. BAUM #42160 was on the 19th day of June, 1968 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 24th day of April 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
LaNae Brooks, Senior Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                    Plaintiff,

      -against-

ORLANDO WONG, *et al.*

                    Defendant

-----------------------------------------------------------X

23 CR 133 (JMF)

**ORDER ON MOTION FOR ADMISSION PRO HAC VICE**

      The motion of Alan Baum, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he/she is a member in good standing of the bar of the state of California, and that his contact information is as follows:

Alan Baum, Esq
Law Office of Alan Baum
16501 Ventura Blvd., 4th Floor
Encino, CA 91436
alan@alanbaum.net
(818) 590-5542

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Orlando Wong in the above entitled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                                    _____
                                                                                   United States District Judge