LAW OFFICES
# David Wikstrom
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

July 9, 2024

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application GRANTED. In the future, Counsel shall indicate whether the Pre-Trial Services Officer consents to the request. The Clerk of Court is directed to terminate Doc. #297. SO ORDERED.
>
> *[signature]*
> July 9, 2024

Re:  United States v. Orlando Wong, et al.
 23 CR 133 (JMF)

Dear Judge Furman:

 By this letter motion, I respectfully request on behalf of Orlando Wong a modification of bail to permit travel, as set forth below. The request is consented to by AUSA Qais Ghafary

 Mr. Wong seeks to travel to Boston on Friday, July 12, to accompany his daughter to college, which holds its Orientation Weekend. He would return home the following day, July 13.

 Mr. Wong has been in compliance with the terms of his pretrial release at all times, and I therefore respectfully request that the motion be granted.

 I thank the Court for its consideration and assistance.

Respectfully submitted,

*[signature]*

David Wikstrom