LAW OFFICES
DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

December 13, 2024

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre St., Rm. 2202
New York, NY 10007

Re:  United States v. Orlando Wong
        23 CR 133 (JMF)

Dear Judge Furman:

By this letter motion, I renew my Dec. 13, 2024 motion for a modification of the conditions of my client Orlando Wong's pretrial release, by granting permission to travel outside the District, and approving the return of his two passports for this purpose.[1] as set forth below. Assistant United States Attorney Danielle Kudla consents to the application.

Mr. Wong seeks permission travel to Hong Kong to attend the funeral and related ceremonies respecting the death of his uncle. If permission is granted, Mr. Wong will depart on or about December 15, 2024, and return approximately ten days later. His precise itinerary and contact information will be provided to Pretrial Services in advance.

I therefore ask the Court to "So Order" this letter application. And I thank the Court for its consideration and attention.

Application GRANTED.  The Clerk of
Court is directed to terminate ECF No. 434.

    SO ORDERED.

December 13, 2024

Respectfully submitted,

David Wikstrom

---

[1] Mr. Wong has a U.S. passport and a Chinese passport. Both are required for him to make this trip.