LAW OFFICES
# David Wikstrom
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

May 12, 2025

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to **July 30, 2025 at 3:00 p.m.** The Clerk of Court is directed to terminate Doc. #501.
>
> SO ORDERED.
>
> *[signature]*
>
> May 12, 2025

Re: <u>United States v. Orlando Wong, *et al.*</u>
23 CR 133 (JMF)

Dear Judge Furman:

    I write to request a 60-day postponement of Mr. Wong's sentencing. Assistant United States Attorney Qais Ghafary does not object to the application.

    Sentencing is currently scheduled for May 28, 2025. The defense is continuing to work to resolve factual issues relevant to the loss, restitution and forfeiture calculations contained in the PSR. We have requested certain information from the USAO and Polar related to the underlying freight shipments that we believe is highy relevant. These will, I believe, be relevant to the Court's analysis of the guidelines and the Section 3553 factors at Mr. Wong's sentencing, and will likewise affect the Defendant's sentencing submission.

    Accordingly I seek a 60-day adjournment of Mr. Wong's sentencing, to a mid-July date convenient to the Court and parties.

Respectfully,

*[signature]*

David Wikstrom