LAW OFFICES
# David Wikstrom
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

September 19, 2025

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #547.

SO ORDERED.

*[signature]*

September 19, 2025

Re: <u>United States v. Orlando Wong</u>
    23 CR 133 (JMF)

Dear Judge Furman:

  By this letter motion, I request that the Court authorize the temporary return of Mr. Wong's Chinese passport. Assistant United States Attorney Qais Ghafary does not object to the application.

  Mr. Wong's passport was surrendered to Pretrial Services as a condition of his release on bail on May 4, 2023. It now needs to be renewed, and I therefore seek its temporary return so that Mr. Wong can attend to it. He will return it to Pretrial Services immediately once that has been accomplished.

  I thank the Court for its consideration and assistance.

Sincerely,

*[signature]*

David Wikstrom