LAW OFFICES

# DAVID WIKSTROM

250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

November 19, 2025

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #567.*

*SO ORDERED.*

*November 19, 2025*

     Re:  United States v. Orlando Wong
          23 CR 133 (JMF)

Dear Judge Furman:

By this letter motion, I respectfully seek the return of the Defendant's passports, which were surrendered to Pretrial Services as a condition of the defendant's release on bail on Apr. 12, 2023. The passport remains in Pretrial's possession, although the case concluded with the imposition of sentence on November 6, 2025. Pretrial Services' policy requires an order of the Court to release the passport.  Accordingly, I respectfully request that the Court issue an order directing Pretrial Services to release Mr. Wong's passports, and allowing him to pick them up from Pretrial Services' Los Angeles Office. Assistant United States Attorney Kevin Mead consents to this request.

Accordingly, I request that the Court order that Mr. Wong's passports be returned to him.

Respectfully,

David Wikstrom